UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERRY WRIGHT                                    CIVIL ACTION

VERSUS                                          NUMBER:  06-2579

MARLIN GUSMAN                                   SECTION:  "A"(3)

O R D E R

The Court, having considered the record, the applicable law, the Magistrate Judge's Report

and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's

Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation

and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for

failure to prosecute.

New Orleans, Louisiana, this 16th day of August, 2006.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE